HOWARD COHEN et al., Respondents, *v.* CONGREGATION SHEARITH ISRAEL IN THE CITY OF NEW YORK,, Appellant.

Reported below, 114 App. Div. 117.
(Submitted January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that the judgment was not appealable; that there were no questions of law for review and that the exceptions were frivolous.

*Victor E. Whitlock* and *William V. Goldberg* for motion.

*Edgar J. Nathan* and *Ernest A. Cardozo* opposed.

Motion denied, without costs.